HELEN LEFKOWITZ, Appellant, *v.* HENRY KEIM et al., Respondents, Impleaded with Another.

MARION S. MINK et al., Appellants, *v.* HENRY KEIM, Respondent, Impleaded with Another.

ABRAHAM ALTSCHULER, Appellant, *v.* ABE OREL, Defendant, and HENRY KEIM, Respondent.

Submitted February 24, 1942; decided March 5, 1942.

*Julius Reinlieb* for motion.

*Harold W. Turner* opposed.

Motion dismissed on the ground that the order does not finally determine the actions within the meaning of the Constitution.